[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

RECEIVED
SEP 19 2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**United States District Court**
**Northern District of Illinois**

Plaintiff
Roseann Clark
v.
Medtronic company
Defendant

1:23-cv-13895
Judge John J. Tharp, Jr
Magistrate Judge Sheila M. Finnegan
RANDOM

## COMPLAINT

This is regarding a Medical device, which is Covidien Shiley inner Cannula disposable 6dic which was discontinued in the year 2021 my Son Anthony Clark was New-monia back in January of 2020 doctor's perform Surgery using Covidien Shiley tracheostomy for better breathing insted instead this Medical product made it worse, a few month's later in April of 2020 my Son passed away I hope to be Compensated, by Medtronic company who is in charge of handling Medical devices, I look up this product on the database & it Say's product not found, also have original at home and photo's and document's in my phone Called every lawyer in town however decided to file here, plus try to reach out to the United State's department of Justice, my phone call never got returned.

Roseann Clark a grieving mother over Son's death dealth he was age 32 year's old when he passed away: Roseann Clark 9/19/2023

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]